PS8

United States District Court
for the District of Utah

**Petition and Order for Action on Conditions of Pretrial Release**

FILED
U.S. DISTRICT COURT
2014 DEC 23 A 10:08
DISTRICT OF UTAH
BY:
DEPUTY CLERK

Name of Defendant: **Dell Schanze**  Docket Number: **2:14-CR-00549-DB**

Name of Judicial Officer: **Brooke C. Wells, United States Magistrate Judge**

Date of Release: **December 11, 2014**

## PETITIONING THE COURT

[ X ]  To issue a summons

## CAUSE

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:**  The defendant failed to comply with conditions of release. Officers have been unable to inspect the residence for the presence of firearms, ammunition, or other dangerous weapons.

I declare under penalty of perjury that the foregoing is true and correct

David A. Filippi, Jr.
United States Pretrial Services Officer
Date: December 22, 2014

## THE COURT ORDERS:

[X]  The issuance of a summons
[ ]  The issuance of a warrant
[ ]  No action
[ ]  Other

Honorable Brooke C. Wells
United States Magistrate Judge

Date: 12/23/2014